UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Josephine Loguidice,

                Plaintiff(s),                    20-CV-03254 (KMK)

   -v-                                           AMENDED
                                                 CALENDAR NOTICE

Gerber Life Insurance Company,

                Defendant(s).
--------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for oral argument on the Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint before the Honorable Kenneth M. Karas, United States District Judge, on Friday, September 10, 2021 at 11:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).


Dated: August 3, 2021
       White Plains, New York

                                                    So Ordered

                                                    Kenneth M. Karas, U.S.D.J.