UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE LOGUIDICE and EMILIE NORMAN,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 7:20-cv-03254-KMK |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Pursuant to Your Honor's Individual Rules and Practices, Standing Order No. 19-mc-00583 and Section 6 of the Court's ECF Rules & Instructions, Plaintiffs Josephine Loguidice and Emilie Norman, by and through counsel, seek leave to file their pre-motion Letter, submitted pursuant to the Case Management and Scheduling Order (ECF No. 53) and the Court's May 3, 2022 memo endorsement (ECF No. 74), under seal. While Plaintiffs disagree with the designations, information contained within Plaintiffs' pre-motion Letter has been marked by Defendant as Confidential under the governing protective order in this case.

Dated: June 1, 2022

Granted.

So Ordered.

[signature]

6/6/22

/s/ Lynn Toops
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Ave.
Suite 200, Nashville, TN 37203
Ph: 615-254-8801
Fax: 615-255-5419
gerards@bsjfirm.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

/s/ Lynn Toops
Lynn Toops