MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE LOGUIDICE and EMILIE
NORMAN,

        Plaintiffs,

        v.

GERBER LIFE INSURANCE COMPANY,

        Defendant.

CASE NO. 7:20-cv-03254-KMK

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to Your Honor's Individual Rules and Practices, Standing Order No. 19-mc-00583 and Section 6 of the Court's ECF Rules & Instructions, Plaintiff Emilie Norman, by and through counsel, seeks leave to file her Fed. R. Civ. P. 23 Motion for Class Certification and supporting Memorandum, Declaration of Natalie Lyons and accompanying exhibits under seal.

While Plaintiff disagrees with the designations, the Motion and supporting documents are nearly entirely comprised of information that has been marked by Defendant as Confidential under the governing protective order in this case, such that redaction would be futile and there is good cause to place the filings entirely under seal.

For the foregoing reasons, Plaintiff thus respectfully requests the Court permit sealing of the identified filings.

Dated: January 16, 2023

/s/ Natalie Lyons
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400

The request to file the Motion for
Class Certification and supporting
Memorandum, the Lyons Declaration,
and accompanying exhibits under seal
is granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2

January 17, 2023

The Clerk of the Court is respectfully directed to seal said Motion and accompanying documents.

Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**BRANSTETTER, STRANCH &
JENNINGS, PLLC**
223 Rosa L. Parks Ave.
Suite 200, Nashville, TN 37203
Ph: 615-254-8801
Fax: 615-255-5419
gerards@bsjfirm.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C.  20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

*/s/ Natalie Lyons*
Natalie Lyons