UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE LOGUIDICE *and* <br> EMILIE NORMAN, <br><br>                        Plaintiffs, <br><br> v. <br><br> GERBER LIFE INSURANCE COMPANY, <br><br>                        Defendant. | No. 20-CV-3254 (KMK) <br><br> ORDER |

KENNETH M. KARAS, District Judge:

      Plaintiffs Emilie Norman ("Norman") and Josephine Logiudice ("Logiudice," together "Plaintiffs") bring this Action against Gerber Life Insurance Company ("Defendant") for violations of New York General Business Law §§ 349 and 350 ("GBL") and common law fraud in the inducement. (*See generally* Sec. Am. Compl. (Dkt. No. 25).)  The Parties have requested leave to file certain submissions under seal. (*See* Dkt. Nos. 112, 120, 122, 130, 132, 135, 137, 148, 161, 165, 170, 177, 182.)  The Parties are directed to submit proposed redactions to the filings containing information marked as "Confidential" under the governing protective order in this case to this Court's Chambers' email by October 16, 2023.

SO ORDERED.

DATED:    September 21, 2023
                 White Plains, New York

                                                            KENNETH M. KARAS
                                                             United States District Judge