UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE LOGUIDICE and EMILIE
NORMAN,

        Plaintiffs,

v.

GERBER LIFE INSURANCE COMPANY,

        Defendant.

CASE NO. 7:20-cv-03254-KMK

## **PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Pursuant to Your Honor's Individual Rules and Practices, Standing Order No. 19-mc-00583 and Section 6 of the Court's ECF Rules & Instructions, Plaintiffs Emilie Norman and the Estate of Josephine Logiudice, by and through counsel, seek leave to file their Motion for Class Certification, as well as the supporting Memorandum, Declaration and accompanying exhibits under seal.

While Plaintiffs disagree with the designations, the Motion and supporting documents are nearly entirely comprised of information that has been marked by Defendant as Confidential under the governing protective order in this case, Doc. 42, such that redaction would be futile and there is good cause to place the filings entirely under seal. Specifically, the evidence supporting Plaintiffs' Fed. R. Civ. P. 23 Motion and arguments derives almost entirely from documents produced by Defendant and testimony of Defendant's witnesses, which has all been marked Confidential by Defendant. And even certain other evidence produced by Plaintiffs and submitted in support of the Motion (*e.g.* evidence from expert witnesses retained by Plaintiffs) relies heavily on evidence produced and marked Confidential by Defendant. Thus, there is little

1

substance in Plaintiffs' Memorandum and supporting Declaration that can be submitted without redaction and few exhibits that do not require sealing.

For these reasons, there is good cause to place the Motion and supporting Memorandum, Declaration and accompanying exhibits under seal, and Plaintiffs respectfully request the Court permit sealing of the identified filings.

Dated: November 20, 2023               Respectfully submitted,

*/s/ Lynn Toops*
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielpllc.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003

2

Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

Motion granted, but Plaintiffs are to propose redacted
versions of the filings by 12/8/23.

So Ordered.

11/21/23

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

*/s/ Natalie Lyons*
Natalie Lyons