UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE LOGUIDICE and EMILIE
NORMAN,   CASE NO. 7:20-cv-03254-KMK

    Plaintiffs,

v.

GERBER LIFE INSURANCE COMPANY,

    Defendant.

## PLAINTIFFS' MOTION TO KEEP DOCUMENT UNDER SEAL

Plaintiffs Emilie Norman and the Estate of Josephine Loguidice, by and through counsel, and pursuant to ECF Rule 21.7, seek leave to keep under seal Document No. 222, filed on January 12, 2024, and state, in support of the Motion :

1. On January 12, 2024, Plaintiffs filed Document No. 222 containing proposed redactions previously shared with the Court, pursuant to Order Nos. 192 & 194, with the intention of filing the fully redacted document as directed by the Court in an email dated December 19, 2023. In error, Plaintiffs failed to fully redact Document No. 222 before filing.

2. That same day, counsel for Plaintiffs contacted the Court's ECF Help Desk, who put Document No. 222 under temporary seal, pending the present Motion and request for a permanent seal.

3. Also on January 12, Plaintiff filed the redacted version of Document No. 222. as Document No. 264.

For the foregoing reasons and good cause shown, Plaintiffs request that the Court order Document No. 222 to be permanently sealed, pursuant to ECF R. 21.7

Date: January 16, 2024

/s/ Natalie A. Lyons
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielpllc.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

Granted.
So Ordered.
[signature]
1/19/24

## CERTIFICATE OF SERVICE

I hereby certify that, on January 16, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

/s/ Natalie A. Lyons
Natalie A. Lyons