UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE LOGUIDICE AND<br>EMILE NORMAN,<br><br>                    Plaintiffs,<br><br>   v.<br><br>GERBER LIFE INSURANCE COMPANY,<br><br>                    Defendant. | 7:20-CV-03254 (KMK)<br><br>**ORAL ARGUMENT REQUESTED** |

## GERBER LIFE INSURANCE COMPANY'S MOTION TO FILE UNDER SEAL ITS MOTIONS TO STRIKE PLAINTIFF'S PROPOSED EXPERT WITNESSES

Pursuant to Judge Karas's Individual Rules and Practices, Standing Order No. 19-mc-00583, and Section 6 of the Court's ECF Rules & Instructions, Defendant Gerber Life Insurance Company ("Gerber Life"), by and through counsel, seeks leave to file under seal its motions to strike Plaintiffs Emilie Norman and the Estate of Josephine Logiudice's ("Plaintiffs") proposed expert witnesses Kent Barrett, Mark Kantrowitz, Benjamin Lester, Wallis Tsai, Arthur Olsen, and Steven Weisbart[1], as well as supporting memoranda, declarations, and accompanying exhibits. In its motions to strike Plaintiffs' proposed expert witnesses, Gerber Life incorporates the deposition testimony of various witnesses and information pertaining to the internal operation of Gerber Life's business, which Gerber Life reasonably believes to contain and/or comprise trade secrets or other confidential research, development, or commercial information that is not generally known, and that Gerber Life would not normally reveal to third parties or, if disclosed, would require such third parties to maintain the same in confidence. *See* Stipulated Confidentiality Agreement and

---

[1] Defendant Gerber Life Insurance filed its original motions to exclude these expert witnesses on March 24, 2023. *See* Docs. 149-169. The Court terminated all pending motions in light of its order of September 21, 2023, (Doc. 191), and directed the parties to re-file in light of its ruling on the substitution of the Estate of Josephine Logiudice as a named plaintiff.

Protective Order ("Protective Order") (Dkt. No. 42), at § 1.1(a); *see also* Fed. R. Civ. P. 26(c)(1)(G). This testimony and information has been designated as "Confidential" pursuant to the Court's Protective Order and, accordingly, Gerber Life seeks leave to file its motions under seal.

Dated: January 29, 2024

Motion is granted, but Gerber Life is to publicly file redacted copies of the submissions noted herein.

So Ordered.

1/30/24

Respectfully submitted,

*/s/ Eric W. Richardson*
Eric W. Richardson (OH-0066530)
    Admitted *pro hac vice*
Brent D. Craft (OH-0085374)
    Admitted *pro hac vice*
Joseph M. Brunner (OH-0085485)
    Admitted *pro hac vice*
Emily E. St. Cyr (OH-0092301)
    Admitted *pro hac vice*
Petra G. Bergman (OH-0097990)
    Admitted *pro hac vice*
**Vorys Sater Seymour and Pease LLP**
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone: 513-723-4019
Facsimile: 513-852-7885
Email: ewrichardson@vorys.com
    bdcraft@vorys.com
    jmbrunner@vorys.com
    eestcyr@vorys.com
    pgbergman@vorys.com

Patrick J. Gennardo (2634640)
Joseph G. Tully (4441143)
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
Email: patrick.gennardo@alston.com
    joe.tully@alston.com

*Counsel for Defendant Gerber Life Insurance Company*

2