UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE LOGUIDICE and EMILIE NORMAN,

        Plaintiffs,

v.

GERBER LIFE INSURANCE COMPANY,

        Defendant.

CASE NO. 7:20-cv-03254-KMK

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Pursuant to Your Honor's Individual Rules and Practices, Standing Order No. 19-mc-00583 and Section 6 of the Court's ECF Rules & Instructions, Plaintiffs Emilie Norman and the Estate of Josephine Logiudice ("Plaintiffs"), by and through counsel, seek leave to file under seal their Oppositions to Defendant's Motions to Exclude Plaintiffs' six proposed experts, Kent E. Barrett, Arthur Olsen, Benjamin Lester, Ph.D., Wallis Wilkinson Tsai, Mark Kantrowitz and Arthur Olsen, (Docs. 271-282), as well as the supporting Declarations and Exhibits.

While Plaintiffs disagree with the designations, the Oppositions to Defendant's Motions to Strike and supporting documents are nearly entirely comprised of information that has been marked by Defendant as Confidential under the governing protective order in this case, such that certain documents must be placed entirely under seal while other documents nearly entirely contain information marked as Confidential by Defendant, and determinations regarding redaction and publication cannot be reasonably made by Plaintiffs, and therefore, there is good cause to place the filings entirely under seal.

2

For the foregoing reasons, Plaintiffs thus respectfully request the Court permit sealing of the identified filings.

Dated: February 28, 2024

Granted.
So Ordered.
/s/ KMK
2/29/24

Respectfully submitted,

/s/ Lynn A. Toops
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

/s/ Lynn A. Toops
Lynn A. Toops