UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPHINE LOGUIDICE *and*
EMILIE NORMAN,

                        Plaintiffs,

      v.

GERBER LIFE INSURANCE COMPANY,

                      Defendant.

No. 20-CV-3254 (KMK)

OPINION & ORDER

---

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record during the Court's September 27, 2024 conference, Defendant's Motion to Strike Mr. Barrett's Expert Report, (Dkt. No. 271), is denied and Plaintiffs' Motion for Class Certification, (Dkt. No. 196), is granted. The remaining Motions to Strike, (Dkt. Nos. 202, 204, 206, 208, 273, 275, 277, 279, and 281), are denied without prejudice to be refiled at a later date. Additionally, Defendant's pending Motions to Seal, (Dkt. Nos. 306 and 316), are granted. Defendant is directed to publicly file redacted versions of these papers.

      The Clerk of Court is respectfully requested to terminate the pending Motions at Dkt. Nos. 196, 202, 204, 206, 208, 271, 273, 275, 277, 279, 281, 306, and 316.

SO ORDERED.

DATED:      September 27, 2024
               White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE