UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF JOSEPHINE LOGIUDICE
AND EMILIE NORMAN,

PLAINTIFFS,

v.

GERBER LIFE INSURANCE
COMPANY,

DEFENDANT.

7:20-CV-03254 (KMK)

---

## GERBER LIFE INSURANCE COMPANY'S MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Judge Karas's Individual Rules of Practice, Standing Order No. 19-mc-00583, and Section 6 of the Court's ECF Rules & Instructions, Defendant Gerber Life Insurance Company ("Gerber Life"), by and through counsel, seeks leave to file under seal its motion for summary judgment on the New York General Business Law § 349 and 350 ("GBL") and common law fraudulent inducement claims asserted by Plaintiffs Emilie Norman ("Norman") and the Estate of Josephine Logiudice ("Logiudice") (together with Norman, "Plaintiffs"), as well as supporting memoranda, Local Rule 56.1 Statement, declarations, and accompanying exhibits. In its motion for summary judgment, Gerber Life incorporates the deposition testimony of various fact and expert witnesses and information pertaining to the internal operation of Gerber Life's business, which Gerber Life reasonably believes to contain and/or comprise trade secrets or other confidential research, development, or commercial information that is not generally known, and that Gerber Life would not normally reveal to third parties or, if disclosed, would require such third parties to maintain the same in confidence. *See* Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Doc. 42), at § 1.1(a); *see also* Fed. R. Civ. P. 26(c)(1)(G).

This testimony and information has been designated as "Confidential" pursuant to the Court's Protective Order and, accordingly, Gerber Life seeks leave to file its motion under seal.

Dated: February 3, 2025

Respectfully submitted,

/s/ Eric W. Richardson
Eric W. Richardson (OH-0066530)
   admitted *pro hac vice*
Joseph M. Brunner (OH-0085485)
   admitted *pro hac vice*
Brent D. Craft (OH-0085374)
   Admitted *pro hac vice*
Emily E. St. Cyr (OH-0092301)
   admitted *pro hac vice*
Petra G. Bergman (OH-0097990)
   admitted *pro hac vice*
**Vorys Sater Seymour and Pease LLP**
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone: 513-723-4019
Facsimile: 513-852-7885
Email: ewrichardson@vorys.com
      jmbrunner@vorys.com
      bdcraft@vorys.com
      eestcyr@vorys.com
      pgbergman@vorys.com

Patrick J. Gennardo (2634640)
Joseph G. Tully (4441143)
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
Email: patrick.gennardo@alston.com
      joe.tully@alston.com

*Counsel for Defendant Gerber Life Insurance Company*

---

Granted, on the condition that Defendant file redacted versions of all materials under seal that leave sealed only the information that is covered by the Protective Order within 30 days.

So Ordered.

2/4/25

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

/s/ Eric W. Richardson
Eric W. Richardson