UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JOSEPHINE LOGUIDICE and EMILIE NORMAN,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 7:20-cv-03254-KMK |

### GERBER LIFE INSURANCE COMPANY'S
### NOTICE OF WITHDRAWAL OF MOTION TO STAY (DOC. 329)

Defendant Gerber Life Insurance Company ("Gerber Life") hereby gives notice to the Court that it is withdrawing its motion to stay (Docs. 329, 330) and reply in support of the same (Doc. 348).

Gerber Life filed its motion to stay proceedings in this case pending resolution of its Petition for Permission to Appeal. On March 6, 2025, the Second Circuit Court of Appeals denied Gerber Life's Petition for Permission to Appeal. *See* Doc. 350-1 (March 6, 2025 Decision). Accordingly, now that its Petition for Permission to Appeal has been resolved, Gerber Life respectfully withdraws its motion to stay proceedings in this case.

Dated: March 7, 2025                                Respectfully submitted,

/s/ *Eric W. Richardson*
Eric W. Richardson (OH-0066530)
    admitted *pro hac vice*
Joseph M. Brunner (OH-0085485)
    admitted *pro hac vice*
Emily E. St. Cyr (OH-0092301)
    admitted *pro hac vice*
Petra G. Bergman (OH-0097990)
    admitted *pro hac vice*
Jordan T. Steiner (OH-0093760)
    admitted *pro hac vice*
**Vorys Sater Seymour and Pease LLP**
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone: 513-723-4019
Facsimile: 513-852-7885
Email: ewrichardson@vorys.com
    jmbrunner@vorys.com
    eestcyr@vorys.com
    pgbergman@vorys.com
    jtsteiner@vorys.com

John M. Aerni (2026367)
Patrick J. Gennardo (2634640)
Joseph G. Tully (4441143)
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
Email: john.aerni@alston.com
    patrick.gennardo@alston.com
    joe.tully@alston.com

*Counsel for Defendant Gerber Life Insurance Company*

The Clerk is respectfully directed to terminate the Motion to Stay. (Doc. # 329-330.)

So Ordered.
[signature]
3/10/25

## CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

                                               /s/ Eric W. Richardson
                                               Eric W. Richardson