UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE LOGUIDICE and EMILIE NORMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GERBER LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 7:20-cv-03254-KMK<br><br>ORAL ARGUMENT REQUESTED |

## PLAINTIFFS' MOTION TO APPROVE RULE 23 CLASS NOTICE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Natalie Lyons and the Exhibits thereto, Plaintiffs Emilie Norman and the Estate of Josephine Logiudice move this Court for an Order:

(1) amending the certified Classes, pursuant to Fed. R. Civ. P. 23(c)(1)(C), to exclude the following individuals: (a) Gerber Life employees who purchased Grow-Up Plan or College Plan policies during the Class Period; and (b) recipients of "sponsored Grow-Up Plans," defined in the accompanying Memorandum of Law ("Memorandum") and Declaration of Natalie Lyons ("Declaration");

(2) approving, pursuant to Rule 23(c)(2)(B), the parties' Class Notice Plan, as detailed in the accompanying Memorandum and Declaration;

(3) approving, pursuant to Rule 23(c)(2)(B), Plaintiffs' proposed Long-Form and Short-Form Notices, contained in Exhibits B and C to the Declaration;

(4) appointing Kroll as Class Administrator; and

(5) granting any other relief the Court deems just and proper.

1

DATED:    August 22, 2025
          Indianapolis, Indiana

                                                                Respectfully,

/s/ Lynn A. Toops
Lynn A. Toops, *pro hac vice*
Natalie Lyons, *pro hac vice*
**COHENMALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(317) 636-6481
Fax: (317) 636-2593
ltoops@cohenmalad.com
nlyons@cohenmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com

Jeffrey Kaliel, *pro hac vice*
Amanda Rosenberg, *pro hac vice*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C.  20005
Ph: 202-350-4783
Fax: 202-615-3948
jkaliel@kalielpllc.com
arosenberg@kalielpllc.com

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 22, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

                <u>/s/ Lynn A. Toops</u>
                Lynn A. Toops