# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

April 2, 2026

Via ECF

Honorable Kenneth M. Karas,
    United States District Court for the Southern District of New York,
        300 Quarropas Street,
            White Plains, New York 10601.

                Re:      *Loguidice* v. *Gerber Life Ins. Co.*, No. 20-cv-3254 (KMK)

Dear Judge Karas:

        Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, I write on behalf of Defendant Gerber Life Insurance Company to request a brief continuance of today's telephone conference in the above-referenced matter, currently scheduled for 3:00 pm (ECF No. 413). There have been no previous extensions of this conference. Gerber Life's lead trial counsel, Robert J. Giuffra, is traveling outside of the United States, and due to flight cancelations and delays, will now be in-flight during the scheduled time and unable to join. Given the importance of the issues to be discussed at the conference, including with respect to trial planning, we respectfully request a brief continuance. Gerber Life proposes any of the following dates/times.

        Monday, April 6 from 3:00pm to 4:00pm

        Tuesday, April 7 from 10:00am to 11:00am

        Thursday, April 9 from 4:00pm to 5:00pm

        Friday, April 10 from 2:00pm to 5:00pm

Honorable Kenneth M. Karas                                             -2-


        Respectfully,

                                                /s/ Nicholas F. Menillo

Eric W. Richardson, *pro hac vice*            Robert J. Giuffra, Jr.
Joseph M. Brunner, *pro hac vice*             Nicole W. Friedlander
Brent D. Craft, *pro hac vice*                Nicholas F. Menillo
Emily E. St. Cyr, *pro hac vice*              **SULLIVAN & CROMWELL LLP**
Petra G. Bergman, *pro hac vice*              125 Broad Street
**VORYS SATER SEYMOUR AND**                   New York, New York  10004
**PEASE LLP**                                 Telephone:  (212) 558-4000
301 East Fourth Street, Suite 3500            Facsimile:  (212) 558-3588
Cincinnati, OH  45202
Telephone:  (513) 723-4019                    Kamil R. Shields
Facsimile:  (513) 852-7885                    **SULLIVAN & CROMWELL LLP**
                                              1700 New York Avenue N.W.
                                              Suite 700
                                              Washington, D.C.  20006
                                              Telephone:  (202) 956-7500
                                              Facsimile:  (202) 956-7676

                                              *Counsel for Defendant Gerber Life*
                                              *Insurance Company*

cc:     All counsel of record (via ECF)